UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BERLIN ROBERTS,<br><br>                          Plaintiff,<br>v.<br>STEVEN CAMBRA, JR., Interim Director,<br>                          Respondent. | Civil No.  01cv0057-L(POR)<br><br>**ORDER FOR RESPONDENT TO SUPPLEMENT RECORD** |

By Order dated April 11, 2007, the Honorable M. James Lorenz referred Petitioner Christopher Berlin Roberts's application for a writ of habeas corpus relief pursuant to 28 U.S.C. § 2254 to this Court for a report and recommendation. By the same Order, Judge Lorenz reopened this case and granted Petitioner leave to file a motion for leave to amend his petition to add claims previously exhausted in state court proceedings. On May 14, 2007, Petitioner filed his motion for leave to amend his petition, and a memorandum of points and authorities in support of that motion. On June 8, 2007, Respondent filed an Opposition to Petitioner's motion for leave to amend his petition, on the ground that Petitioner's new claims are time barred. Respondent's Opposition does not address whether the Petition, if amended as Petitioner requests, would contain exhausted issues. Nor is the record lodged with Respondent's Opposition sufficient for the Court to determine which issues advanced by Petitioner's motion were previously exhausted.

Therefore, IT IS HEREBY ORDERED that Respondent shall lodge with the Clerk of Court records bearing on the exhaustion of Petitioner's claims, specifically Petitioner's prior petitions to the California Supreme Court, in cases numbered **S055818** and **S083786** - which appealed San

Diego County case numbers 101957 and 104351 - **on or before November 5, 2007**. The lodgments shall be accompanied by a notice of lodgment which shall be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office**." Respondent shall not combine separate pleadings, orders or other items into a combined lodgment entry. Each item shall be numbered separately and sequentially.

    **IT IS SO ORDERED.**

DATED: October 5, 2007

                                                LOUISA S PORTER
                                                United States Magistrate Judge

cc:       Hon. M. James Lorenz

           Kevin Vienna
           Office of the Attorney General of the State of California
           110 West A Street
           San Diego, CA 92101