UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BERLIN ROBERTS,  )<br>                                                        )<br>              Petitioner,                      )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>                                                        )<br>STEVEN CAMBRA, Jr., Interim Director, )<br>                                                        )<br>              Respondent.                  )<br>                                                        )<br>_____  ) | Civil No. 01cv0057-L(POR)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION, AND (2) GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION FOR LEAVE TO AMEND** |

     Petitioner, Christopher Berlin Roberts, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. By order filed April 11, 2007, the court construed Petitioner's Declaration of Abandonment of Unexhausted Claims as a motion for leave to amend his petition by adding exhausted claims. The case was referred to United States Magistrate Judge Louisa S. Porter for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(d).

     On February 15, 2008, the Magistrate Judge issued a Report and Recommendation, recommending to deny Petitioner's motion for leave to amend with respect to all claims except for claim no. 6, which alleged that Petitioner's sentence to life in prison without possibility of parole constituted a cruel and unusual punishment under the circumstances of his case.

/ / / / /

1  On February 25, 2008, Petitioner filed a request for an extension of time to file objections to the report and recommendation.  By order dated March 3, 2008, the court granted Petitioner's request, and set April 17, 2008 as the last date for Petitioner to file objections.  No objections have been timely filed.

A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes.  Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).  When no objections are filed, the *de novo* review is waived.  Section 636(b)(1) does not require review by the district court under a lesser standard.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made, but not otherwise*." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in the original); *see Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003) (applying *Reyna-Tapia* to habeas review).

In the absence of objections, the court **ADOPTS** the Report and Recommendation.  For the reasons stated in the Report and Recommendation, Petitioner's motion for leave to amend is **GRANTED** with respect to claim no. 6 and **DENIED WITH PREJUDICE** in all other respects.

**IT IS SO ORDERED**.

DATED: June 11, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL